1  Evan J. Smith
   BRODSKY & SMITH, LLC
2  240 Mineola Boulevard
   First Floor
3  Mineola, NY 11501
   Telephone:   516.741.4977
4  Facsimile:   516.741.0626
   esmith@brodskysmith.com
5
   *Attorneys for Plaintiff*
6

7                    UNITED STATES DISTRICT COURT

8                    SOUTHERN DISTRICT OF NEW YORK

9

10 FRANK FERREIRO, on behalf of           Case No.: 1:19-cv-06809-PAE
   himself and all others similarly situated,
11
                        Plaintiff,        **NOTICE OF VOLUNTARY DISMISSAL**
12                                        **PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**
               vs.
13
   BARNES & NOBLE, INC., LEONARD
14 RIGGIO, GEORGE CAMPBELL JR.,
   MARK D. CARLETON, SCOTT S.
15 COWEN, WILLIAM T. DILLARD II, AL
   FERRARA, PAUL B. GUENTHER,
16 PATRICIA L. HIGGINS, IRWIN D.
   SIMON, and KIMBERLY A. VAN DER
17 ZON,

18                      Defendants.

19

20

21   Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

22 Procedure, plaintiff Frank Ferreiro ("Plaintiff") voluntarily dismisses this action with prejudice as

23 to Plaintiff's individual claims only and without prejudice as to the claims of the putative class.

24 This notice of dismissal is being filed before service by Defendants of either an answer or a motion

25 for summary judgment. Since no class has been certified and the dismissal is with prejudice to

26

27

28

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

1  Plaintiff only and without prejudice as to all other members of the putative class, notice of this
2  dismissal is not required. Plaintiff's dismissal of this Action is effective upon filing of this notice.
3
4  Dated: July 31, 2019                    **BRODSKY & SMITH, LLC**
5
                                    By:  */s/ Evan J. Smith*
6                                        Evan J. Smith
                                         240 Mineola Boulevard
7                                        First Floor
                                         Mineola, NY 11501
8                                        Telephone:    516.741.4977
                                         Facsimile:    516.741.0626
9                                        esmith@brodskysmith.com
10
                                         *Attorneys for Plaintiff*

8/1/19

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

- 2 -
NOTICE OF VOLUNTARY DISMISSAL